**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6176**

───────────

FRANKIE L. MCCOY, SR., Disabled Prisoner,

                                        Plaintiff - Appellant,

        versus


WILLIAM CLARK, Major, 4-12 Shift; D. TAYLOR,
Sergeant, 4-12 Shift; R. KOPPEL, Major, 8-4
Shift; L. CHANNEY, Captain, 8-4 Shift; UNKNOWN
NAMED DEFENDANTS, each defendant is individual
and official capacity being sued,

                                        Defendants - Appellees.


───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-00-
900-L)

───────────

Submitted:  March 21, 2002          Decided:  April 1, 2002

───────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Frankie L. McCoy, Sr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying his motion seeking to recuse the district court judge. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2